FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Borin Keith Cash,
Defendant.

Case No.: M 15-1410

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of Calif. for alleged violation(s) of the terms and conditions of his/her ~~[probation]~~ [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absconder status since 2013, apparent ongoing

drug use, failure to attend prior outpatient treatment, DMV failure to appear

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: ______________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/29/15

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE